# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bissoon, Cathy | 2. Court or Organization<br><br>US District Court for the Western District of Pa. | 3. Date of Report<br><br>5/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

US Courthouse & Post Office
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Q. Todd Dickinson American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Arnold & Porter -- Special Master Fees |
| 2. | 2013 | Ropes & Gray -- Special Master Fees |
| 3. | 2013 | SAE International -- Wages |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Association | 6/19/2013-6/22/2013 | Colorado Springs, CO | 15th Annual Bench Bar Conference | Airfare, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 5/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -Causeway Int'l Value Instl. | B | Dividend | L | T | Buy | 11/8/13 | L | | |
| 3. -Delaware Inv. Sm. Cap. Val. Inst. | B | Dividend | J | T | Buy | 5/17/13 | J | | |
| 4. -Invesco Premier Inst. | A | Dividend | J | T | Buy | 3/8/13 | J | | |
| 5. -MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 6. - Cambiar Small Cap Fund | B | Dividend | | | Sold | 5/17/13 | J | | |
| 7. - Ivy Mid Cap Growth Fund Cl. I | A | Dividend | K | T | | | | | |
| 8. - JPMorgan Dynamic Small Cap Growth Fund Select Class* | A | Dividend | K | T | | | | | |
| 9. -Mainstay Large Cap Growth Fund Cl. I | E | Dividend | M | T | | | | | |
| 10. - Managers Systematic Mid Cap Vl. I | B | Dividend | K | T | | | | | |
| 11. - Metropolitan West Total Return Bond Fund Class I | | None | J | T | | | | | |
| 12. - Pimco Foreign Bond US Hedged P | | None | J | T | | | | | |
| 13. - Thornburg Int'l Value Fund Cl. I | D | Dividend | | | Sold | 11/8/13 | L | | |
| 14. - Virtus Insight Emerging Mkts. I | | None | K | T | | | | | |
| 15. -Blackrock Inflat Prot Bond I | | None | | | Sold | 3/8/13 | J | | |
| 16. -EV Income Fund of Boston I | A | Dividend | K | T | | | | | |
| 17. -Legg Mason WA Emerging Mkt. Debt I | | None | | | Sold | 11/8/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Nuveen NWQ Large Cap Value I | D | Dividend | L | T | | | | | |
| 19. -Pimco Low Duration P (formerly Short Term P) | | None | K | T | | | | | |
| 20. | | | | | | | | | |
| 21. IRA #2 | | | | | | | | | |
| 22. -Causeway Int'l Value Instl. | C | Dividend | M | T | Buy | 11/8/13 | L | | |
| 23. -Delaware Inv. Sm. Cap. Val. Inst. | B | Dividend | K | T | Buy | 5/17/13 | J | | |
| 24. -Invesco Premier Inst. | A | Dividend | J | T | Buy | 3/8/13 | J | | |
| 25. -Pimco Low Duration P | | None | K | T | Buy | 3/8/13 | K | | |
| 26. -Cambiar Small Cap Fund | C | Dividend | | | Sold | 5/17/13 | J | | |
| 27. -Eaton Vance Commodity Strategy Fund Cl. I | | None | K | T | | | | | |
| 28. -Goldman Sachs Absolute Return Tracker Cl. I | B | Dividend | L | T | | | | | |
| 29. -ING Global Real Estate FD Cl. I | C | Dividend | K | T | | | | | |
| 30. -Ivy Mid Cap Growth Fund Cl. I | D | Dividend | K | T | | | | | |
| 31. -JP Morgan Dynamic Small Cap Growth Fund Select Class | D | Dividend | K | T | | | | | |
| 32. -Mainstay Large Cap Growth Fund Cl. I | E | Dividend | M | T | | | | | |
| 33. -Managers Systematic Mid Cap Vl. I | C | Dividend | K | T | | | | | |
| 34. -Metropolitan West Total Return Bond Fund Class I | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Thornburg Int'l Value Fund Cl. I | D | Dividend | | | Sold | 11/8/13 | L | | |
| 36. Virtus Insight Emerging Mkts. I | B | Dividend | K | T | | | | | |
| 37. -MS Liquid Assets Fund | A | Interest | J | T | | | | | |
| 38. -AQR Managed Futures Strategy I | B | Dividend | J | T | | | | | |
| 39. -Blackrock Inflat Prot Bond I | | None | | | Sold | 3/8/13 | J | | |
| 40. -EV Income Fund of Boston I | A | Dividend | J | T | | | | | |
| 41. -Legg Mason WA Emerg Mkt Debt I | B | Dividend | | | Sold | 11/8/13 | J | | |
| 42. -Nuveen NWQ Large Cap Value I | E | Dividend | L | T | | | | | |
| 43. -Pimco Foreign Bond US Hedged P | | None | | | Sold | 11/8/13 | J | | |
| 44. | | | | | | | | | |
| 45. Brokerage Account #1 | | | | | | | | | |
| 46. - Capital World Growth and Income Fund Class A | B | Dividend | J | T | | | | | |
| 47. - Growth Fund America Class A | C | Dividend | K | T | | | | | |
| 48. - New Perspective Fund Class A | C | Dividend | K | T | | | | | |
| 49. - Washington Mutual Investors Fund Class A | C | Dividend | K | T | | | | | |
| 50. - Morgan Stanley Bank N.A. (formerly CitiBank NA) Bank Deposit Program | A | Interest | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Niagara (Savings) | A | Interest | J | T | | | | | |
| 53. Allegent Community Federal Credit Union (Savings/CD) | A | Interest | J | T | | | | | |
| 54. WesBanco (Savings) formerly Fidelity Bank | A | Interest | M | T | | | | | |
| 55. Ally Bank (Savings/CD) | A | Interest | J | T | | | | | |
| 56. The Walt Disney Company | A | Dividend | J | T | | | | | |
| 57. Pet Ecology Brands (Common) | | None | J | T | | | | | |
| 58. Biomass Secure Power (common) | | None | J | T | | | | | |
| 59. College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | C | Int./Div. | M | T | | | | | |
| 60. College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Bissoon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544